IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**CATRENA GREEN,**

        **Plaintiff,**

  vs.                                              Civil Action 2:09-CV-995
                                                          Magistrate Judge King

**ADAM THROCKMORTON,**

        **Defendant.**


<u>ORDER</u>

The Court conducted a final pretrial conference in this case on October 15, 2012. All parties were represented by counsel.

Defendant asks that the issues of liability and damages be bifurcated for trial; plaintiff opposes that request. Because the Court concludes that bifurcation will risk unnecessarily prolonging the resolution of the case, defendant's request is **DENIED**.

Defendant will produce the report of his expert no later than November 30, 2012. Plaintiff may have until January 15, 2013 to produce the report of her expert(s).

All remaining discovery must be completed by February 15, 2013.

**Jury trial, expected to last no more than three (3) days, will begin April 8, 2013.**

Motions *in limine*, if any, must be filed no later than March 4, 2013. Opposition memoranda may be filed no later than March 18, 2013 and replies may be filed no later than March 25, 2013.

The parties shall submit any proposed jury instructions no later than March 25, 2013.

This case will be referred to the December 2012 Settlement Week.

If any date established herein falls on a weekend or holiday, the next business date will control.


October 15, 2012                    *s/Norah McCann King*
                                    Norah McCann King
                            United States Magistrate Judge