AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Catrena Green )<br>*Plaintiff* )<br>v. )<br>Adam Throckmorton )<br>*Defendant* ) | Civil Action No. 2:09-CV-995 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☑ tried by a jury with Judge  Algenon L. Marbley  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: *June 21, 2013*

CLERK OF COURT

*Betty L. Clark*
(Signature of Clerk or Deputy Clerk)